```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3084 |
| | ) | |
| v. | ) | |
| | ) | |
| EDGAR G. DOMINGUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the defendant's unopposed oral motion,

IT IS ORDERED:

1.  Defendant's change of plea hearing is continued and will be held before the undersigned on to January 17, 2006 at 2:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 13th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge